1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                                 DISTRICT OF NEVADA

7                                        * * *

8   ESTATE OF FERNANDO SAUCEDA, etc., *et al*., )
                                                 )
9                              Plaintiff,         )        2:11-cv-2116-MMD-RJJ
                                                 )
10  vs.                                           )
                                                 )
11  CITY OF NORTH LAS VEGAS, etc., *et al*.,      )        **ORDER**
                                                 )
12                             Defendant.         )
    _____ )

13

14          IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status

    Report on December 28, 2012.
15

16          IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain

    the following:
17

18          1.      Shall identify the discovery that has been completed;

19          2.      Shall identify the discovery that remains outstanding;

20          3.      Shall identify any pending discovery motions; and,

21          4.      Shall detail all attempts to settle the case.

    DATED this  _5th_  day of November, 2012.
22

23

24                                              _____

25                                              ROBERT J. JOHNSTON
                                                United States Magistrate Judge
26

27

28