UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA, etc., *et al.*, | |
| Plaintiff, | 2:11-cv-2116-MMD-RJJ |
| vs. | |
| CITY OF NORTH LAS VEGAS, etc., *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on December 28, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  5th  day of November, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge