Eckley M. Keach, Esq.
Nevada Bar No. 1154
ECKLEY M. KEACH, CHTD.
521 South Third Street
Las Vegas, NV 89101
(702) 685-6111

Robert E. Murdock, Esq.
Nevada Bar No. 4013
MURDOCK & ASSOCIATES, CHTD.
521 South Third Street
Las Vegas, NV 89101
(702) 685-6111
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA, by and through its Special Administrator, Irene Sauceda; IRENE SAUCEDA, individually, and as natural parent and guardian of FERNANDO SAUCEDA, a minor; SEBASTIAN SAUCEDA, a minor; and GIOVANNA SAUCEDA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a corporate city of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, an entity of the CITY OF NORTH LAS VEGAS; OFFICER JEFFREY POLLARD; DOE POLICE OFFICERS I through XX, inclusive, individually and in their official capacity; DOES XXI through XXX, inclusive; ROES XXXI through XL, inclusive,<br><br>Defendants, | Case No.: 2:11-cv-02116-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS AND ARGUMENT ORDERED BY ECF NO. 150**<br><br>*/First Request/* |

1

COME NOW Plaintiffs Estate of Fernando G. Sauceda, by and through its Special Administrator, Irene Sauceda, Irene Sauceda, individually, and as natural parent and guardian of Fernando Sauceda, a minor, Sebastian Sauceda, a minor, and Giovanna Sauceda, a minor, by and through their attorneys of record, Murdock & Associates, Chtd. and Eckley M. Keach, Chtd., and Defendants City of North Las Vegas, North Las Vegas Police Department and Officer Jeffrey Pollard, by and through their counsel, Robert W. Freeman, Jr., Esq., and hereby stipulate as follows:

1. Immediately prior to the hearing on the pending Renewed Motion for Summary Judgment (ECF No. 140), the parties apprised the Court of a recent 9th Circuit Opinion in **Mendez v. Cty. of L.A.**, Nos. 13-56686, 13-57072, 2018 U.S. App. LEXIS 20907 (9th Cir. July 27, 2018). This was the remanded opinion ordered by the United States Supreme Court in **Cty. of L.A. v. Mendez**, 137 S. Ct. 1539 (2017). The parties agreed at that time that further briefing was necessary as the 9th Circuit Opinion set out a detailed legal analysis on issues that affect the case at bar. This Court concurred and set out a briefing schedule and a new date for oral argument in ECF No. 150.

2. However, just a few days ago on August 10, 2018, a Motion for Rehearing was filed in **Mendez v. Cty. of L.A.**, Nos. 13-56686, 13-57072. Though the opinion in **Mendez v. Cty. of L.A.**, Nos. 13-56686, 13-57072, 2018 U.S. App. LEXIS 20907 (9th Cir. July 27, 2018) was published, the parties herein believe that prudence dictates the parties wait for briefing and oral argument in this matter until the 9th Circuit makes a final ruling on the matter as the issues in **Mendez** have a significant effect on the instant matter.

//

//

//

//

2

3. Therefore, the briefing schedule and oral argument set out in ECF No. 150 should be vacated pending the decision of the 9th Circuit on the Motion for Rehearing in **Mendez v. Cty. of L.A.**, Nos. 13-56686, 13-57072. Counsel will watch the 9th Circuit docket and will immediately notify this Court when a decision is finalized and when briefing and oral argument in this matter can be set for.

| | |
|---|---|
| DATED this 14th day of August 2018. | DATED this 14th day of August 2018. |
| MURDOCK & ASSOCIATES, CHTD.<br>ECKLEY M. KEACH, CHTD. | LEWIS BRISBOIS BISGAARD & SMITH |
| /s/ Robert E. Murdock<br>Robert E. Murdock   Bar No. 4013<br>Eckley M. Keach    Bar No. 1154<br>521 South Third Street<br>Las Vegas, NV  89101<br>*Attorneys for Plaintiffs* | /s/ Robert W. Freeman, Jr.<br>Robert W. Freeman, Jr.   Bar No. 3062<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV  89118<br>*Attorney for Defendants* |

## ORDER

**IT IS HEREBY ORDERED** that the parties' stipulation to extend time is **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that the Court's prior order, (ECF No. 150), setting a briefing schedule and oral argument hearing is hereby **VACATED**.

**IT IS FURTHER ORDERED** that, because the Ninth Circuit's final ruling in *Mendez* will impact the disposition of the instant case, the Court hereby **STAYS** this case pending the Ninth Circuit's decision.

**IT IS FURTHER ORDERED** that the parties shall submit joint status reports every sixty (60) days until the Ninth Circuit issues a dispositive decision in *Mendez*. The first joint status report is due sixty (60) days from the issuance of this Order.

IT IS SO ORDERED.

DATED this __15__ day of August, 2018.       _____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT