ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendants
City of North Las Vegas,
North Las Vegas Police Department
Officer Jeffrey Pollard

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA, by and through its Special Administrator, Irene Saucedo; IRENE SAUCEDA, individually, and as natural parent and guardian of FERNANDO SAUCEDA, a minor; SEBASTIAN SAUCEDA, a minor; and GIOVANNA SAUCEDA, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a corporate city of the State of Nevada ; NORTH LAS VEGAS POLICE DEPARTMENT, an entity of the CITY OF NORTH LAS VEGAS; OFFICER JEFFREY POLLARD; DOE POLICE OFFICERS I through XX, inclusive, individually and in their official capacity; DOES XXI through XXX, inclusive; ROES XXXI through XL, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-2116-APG-NJK<br><br>**STIPULATION AND ORDER TO STAY COURT PROCEEDINGS PENDING APPEAL** |

It is stipulated and agreed by and between the Plaintiffs, Estate of Fernando G. Sauceda, by and through its Special Administrator, Irene Sauceda, Irene Sauceda, individually, and as natural parent and guardian of Fernando Sauceda, a minor, Sebastian Sauceda, a minor, and Giovanna Sauceda, a minor, by and through their attorneys, Murdock & Associates, Chtd. and Eckley M. Keach, Chtd., and Defendants City of North Las Vegas, North Las Vegas Police Department and

4843-1230-8632.1

Officer Jeffrey Pollard, by and through their counsel, Robert W. Freeman, Jr., Esq., of LEWIS BRISBOIS BISGAARD & SMITH LLP, that:

On March 30, 2019, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (ECF 157).

On April 26, 2019, Defendant Filed its Notice of Appeal as to ECF 157, Order on Motion for Summary Judgment (ECF 158).

The parties respectfully request that any further proceedings in this matter be stayed pending the outcome of the Ninth Circuit Court Appeal.

**IT IS SO STIPULATED.**

DATED this 30th day of May, 2019.                    DATED this 30th day of May, 2019.

**MURDOCK & ASSOCIATES, CHTD.**                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**
**ECKLEY M. KEACH, CHTD.**

/s/ Robert E. Murdock                                 /s/ Robert W. Freeman
ROBERT E. MURDOCK, ESQ.                               ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 4013                                   Nevada Bar No. 003062
ECKLEY M. KEACH, ESQ                                  6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 1154                                   Las Vegas, Nevada 89118
521 South Third Street                                *Attorneys for Defendants*
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

### ORDER

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this matter is administratively **STAYED** pending the outcome on appeal.

**IT IS FURTHER ORDERED** that the parties shall file joint status reports every sixty (60) days until the Ninth Circuit issues a dispositive decision in this case. The first joint status report is due sixty (60) days from this Order's issuance.

**IT IS SO ORDERED.**

**DATED** this 5 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

4843-1230-8632.1                           2