UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA, et al.,<br>    Plaintiff(s),<br>v.<br>CITY OF NORTH LAS VEGAS, et al.,<br>    Defendant(s). | Case No.: 2:11-cv-02116-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 174] |

Pending before the Court is Plaintiffs' renewed petition for compromise of minor's claim. Docket No. 174. The Court hereby **SETS** that petition for a telephonic hearing at 2:45 p.m. on April 15, 2020. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: April 2, 2020

                                                                  Nancy J. Koppe<br>                                                                   United States Magistrate Judge