**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESTATE OF FERNANDO SAUCEDA, *et al.*,  )
                                        )
              Plaintiffs,  )  Case No.: 2:11-cv-02116-GMN-NJK
   vs.                                  )
                                        )  **ORDER**
CITY OF NORTH LAS VEGAS, *et al.*,      )
                                        )
              Defendants.  )

      Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe, (ECF No. 181), which recommends that the Renewed Petition for Compromise of Minors' Claims, (ECF No. 174), be granted and funds be ordered "deposited into a blocked trust account with proof of such deposit provided to the Court within 60 days of the order resolving the motion." The parties had until April 29, 2020, to file any objection to the R&R. (Min. Order, ECF No. 181).

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. Local R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 181), is **ADOPTED** in full.  The Renewed Petition for Compromise of Minors' Claims, (ECF No. 174), is **GRANTED**.  The funds addressed in the R&R shall be deposited into a blocked trust account with proof of such deposit provided to the Court within 60 days of this Order.

**DATED** this __30__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court