1  Eckley M. Keach, Esq.
   Nevada Bar No. 1154
2  ECKLEY M. KEACH, CHTD.
3  521 South Third Street
   Las Vegas, NV  89101
4  (702) 685-6111

5  Robert E. Murdock, Esq.
   Nevada Bar No. 4013
6  MURDOCK & ASSOCIATES, CHTD.
7  521 South Third Street
   Las Vegas, NV  89101
8  (702) 685-6111
9  Attorneys for Plaintiffs

10                     **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF NEVADA**

12

| | |
|---|---|
| ESTATE OF FERNANDO SAUCEDA, by and through its Special Administrator, Irene Sauceda; IRENE SAUCEDA, individually, and as natural parent and guardian of FERNANDO SAUCEDA, a minor; SEBASTIAN SAUCEDA, a minor; and ▉▉▉▉ ▉▉▉▉▉▉, a minor, | Case No.: 2:11-cv-02116-GMN-NJK |
| Plaintiffs, | **UNOPPOSED MOTION TO RELEASE FUNDS FROM BLOCKED TRUST ACCOUNT DUE TO AGE OF CHILD** |
| vs. | **SEALED DOCUMENT UNDER FED. R.CIV.P.5.2** |
| CITY OF NORTH LAS VEGAS, a corporate city of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, an entity of the CITY OF NORTH LAS VEGAS; OFFICER JEFFREY POLLARD; DOE POLICE OFFICERS I through XX, inclusive, individually and in their official capacity; DOES XXI through XXX, inclusive; ROES XXXI through XL, inclusive, | |
| Defendants, | |

Page 1 of 4

The current Motion to Release Funds from Blocked Trust Account Due to Age of Child is Unopposed. This Motion is exactly the same as the one filed on 12/22/2020, ECF No. 190. There was no opposition filed and Plaintiffs informed the court on 2/2/2021 by filing a Notice of No Opposition, ECF No. 192. Now that Plaintiffs know that it is unopposed[1], Plaintiffs are filing this Motion in accordance with LR IA 6-2.

As this Court is well aware, Magistrate Judge Koppe granted a Petition for Minor's Compromise via a Report and Recommendation in April of 2020 (ECF No. 181) regarding Sebastian Sauceda and ▬▬▬▬▬▬▬. This matter is limited to Sebastian. Judge Navarro adopted the Report and Recommendation on April 30, 2020. (ECF No. 182). Pursuant to same, on June 8, 2020, Proof of Establishment of Blocked Trust Account was filed. (ECF No. 188 and 189). Accordingly, $56,647.21 was deposited into account number 1030006728 at Meadows Bank.

Attached hereto is a statement from Meadows Bank showing that no monies have been withdrawn from said account and that the current balance is $56,702.17. See Exhibit "1".

Additionally, attached hereto, is a copy of the birth certificate of Sebastian Sauceda. Sebastian turned 18 on December 20, 2020. See Exhibit "2".

Accordingly, Sebastian requests that the Court remove the Blocked Trust Account Order and allow Sebastian access to the monies.

//

//

//

//

//

---

[1] This was also confirmed via email with Defense Counsel Freeman on 2/18/21 at 2:46 pm.

Though neither the Report and Recommendation (ECF No. 181) nor the Order Adopting the Report and Recommendation (ECF No. 182) state specifically that the minor child need to come back and ask this Court's permission, some Courts within the Eighth Judicial District require this and therefore, this filing is being made in an abundance of caution.

Again, accordingly, Sebastian requests that the Court remove the Blocked Trust Account Order and allow Sebastian full and complete access to the monies.

This Motion is unopposed.

DATED this 18th day of February 2021.

Respectfully submitted by:

ECKLEY M. KEACH, CHTD.
MURDOCK & ASSOCIATES, CHTD.

/s/ Robert E. Murdock
Eckley M. Keach     Bar No. 1154
Robert E. Murdock   Bar No. 4013
521 South Third Street
Las Vegas, NV  89101
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the [190] and [191] Motions to Release Funds are **DENIED as moot.**

Dated this __6__ day of April, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

The undersigned hereby declares she is an employee of Murdock & Associates, Chtd. and that on February 18, 2021 a true copy of the foregoing Unopposed Motion to Release Funds from Blocked Trust Account Due to Age of Child was served upon all counsel of record by using the United States District Court, District of Nevada's Management/Electronic Case Filing System that will electronically mail notification to the following counsel of record and by US Mail per LR IC 4-1(c)(4):

Robert W. Freeman, Jr., Esq.
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV  89118
*Attorneys for Defendants*

                                        /s/ Vera A. Minkova
                                        An employee of Murdock & Associates, Chtd.